UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 7:13-MJ-1019

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE Samsung cell phone, black in color; Blackberry Bold cellular phone: HEX/A000001CC0D6F9; Apple I phone 4: SSN/C8TJLVS7DPNG; Apple Ipad 16G: SSN/DQTG63BSDFJ1; HP Laptop: SSN/884037-001; and a Micro SanDisk 3GB memory card, all located at Wilmington Domicile 154 N Front St., Wilmington, NC 28401 | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested Search Warrant and related documents, in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

March 21, 2014
DATE

Robert B. Jones, Jr.
United States Magistrate Judge